**No. 67591.**—Berkley Machine Co. and Frank P. Dow Co., Inc. *v.* United States, protests 62/1361 and 60/19748 (Portland, Oreg.).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of envelope-making machines and parts similar in all material respects to those the subject of *Keer, Maurer Company* v. *United States* (48 Cust. Ct. 205, C.D. 2336), the claim of the plaintiffs was sustained.